# Court of Appeals
# of the State of Georgia

ATLANTA,___August 26, 2016___

*The Court of Appeals hereby passes the following order:*

**A16A1980.  MICHAEL S. RAY v. ROSWELL CAT CLINIC, P.C. et al.**

Appellant Michael S. Ray has filed a suggestion of bankruptcy. Because all cases against Michael S. Ray have been stayed pending the outcome of the Chapter 7 Bankruptcy Petition, Case No. 16-64062-lrc filed on August 11, 2016, in the Bankruptcy Court for the Northern District of Georgia, we hereby **REMAND** the case to the trial court pending resolution of the bankruptcy petition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___08/26/2016___*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*